CISCO SYSTEMS, INC., Appellant

v.

ARISTA NETWORKS, INC., Appellee

2017-2384

United States Court of Appeals,
Federal Circuit.

February 14, 2018

JOHN C. O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for appellant. Also represented by CALVIN ALEXANDER SHANK, JASON M. WILCOX.

MATTHEW D. POWERS, Tensegrity Law Group, LLP, Redwood City, CA argued for appellee. Also represented by WILLIAM P. NELSON; LAUREN ANN DEGNAN, CHRISTOPHER DRYER, MICHAEL J. MCKEON, RALPH ADAM PHILLIPS, ANDREW L. SCHRADER, Fish & Richardson, PC, Washington, DC; STEVEN KATZ, Boston, MA.

(Prost, Chief Judge, Schall and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**